IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RENARDA JERMAL SMITH,

Plaintiff,

v.

JEFF COLEMAN; ANDREW MCFARLANE; and KELLY MCCUMBER,

Defendants.

CIVIL ACTION NO.: 6:17-cv-169

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, (doc. 7). Though Plaintiff did not file Objections to this Report and Recommendation, he did file an Amended Complaint. (Doc. 9).

The Magistrate Judge recommended the Court dismiss without prejudice Plaintiff's Complaint because he failed to fully and truthfully disclose his litigation history. (Doc. 7, pp. 4–6). In his Amended Complaint, Plaintiff attempts to cure his lack of candor by disclosing the previously-filed cause of action the Magistrate Judge noted Plaintiff omitted from his original pleading. (Doc. 9, p. 2.) However, Plaintiff's attempt to amend his complaint to now disclose what he previously failed to cannot "serve to overlook [Plaintiff's] abuse of the judicial process." Hood v. Tompkins, 179 F. App'x 818, 819 (11th Cir. 2006).

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, as amended, **DISMISSES as moot** all pending Motions, **DENIES** Plaintiff *in forma pauperis* status

on appeal, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_1ST\_\_ day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA