# United States District Court
## Southern District of Georgia

RENARDA JERMAL SMITH,

        Plaintiff,

V.

JEFF COLEMAN; ANDREW MCFARLANE;
and KELLY MCCUMBER,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 617-169

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 1, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint, as amended, is dismissed without prejudice, all pending motions are dismissed as moot, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.



11/01/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk